No. 11–7645. SMITH v. UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS. C. A. 7th Cir. Certiorari denied.

No. 11–7646. MAYNOR v. TURNER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–7647. LARIOS SANCHEZ v. HERNDON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–7651. RENTERIA v. SUBIA, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–7654. QUARTERMAN v. CULLUM. Ct. App. Ga. Certiorari denied.

No. 11–7657. DRUERY v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 11–7659. BANKS v. LOUISIANA DEPARTMENT OF CORRECTIONS ET AL. C. A. 5th Cir. Certiorari denied.

No. 11–7661. BROTHERS v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 11–7662. BURKLEY v. CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 11–7664. PIETRI v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 11–7666. CARTER v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 11–7667. K. K. v. OHIO. Ct. App. Ohio, Fairfield County. Certiorari denied.

No. 11–7674. GOMES MENDES v. BRADY, SUPERINTENDENT, OLD COLONY CORRECTIONAL CENTER. C. A. 1st Cir. Certiorari denied.

No. 11–7675. GOODWIN v. ROPER, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.